**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**SHELTER MUTUAL INSURANCE COMPANY**                                    **PLAINTIFF/**
                                                                              **COUNTER-DEFENDANT**

**VS.**                                                      **Civil Action  No.  3:06CV136 HTW-JCS**

**WILLIAM SIMMONS AND ANN SIMMONS**                            **DEFENDANTS/**
                                                                              **COUNTER-PLAINTIFFS**


**AGREED ORDER**

    UPON MOTION by all parties involved in this matter, the Court finds that a settlement

has been reached regarding William Simmons and Ann Simmons' counterclaims against Shelter

Mutual Insurance Company and that the above cause of action should be dismissed with

prejudice as to all parties involved herein, with each of these parties to pay their own costs.

    WHEREFORE, PREMISES CONSIDERED, the Court orders that all remaining claims

in this cause be dismissed with prejudice and that each party is to pay their own costs.

    SO ORDERED, this the 24th day of March, 2009.

                        **s/ HENRY T. WINGATE**
                        **CHIEF UNITED STATES DISTRICT JUDGE**


PREPARED BY:

s/: JONATHAN S. MASTERS
JONATHAN S. MASTERS (MSB #99419)


AGREED:

s/: JAMES L. QUINN
JAMES L. QUINN (MSB # 4590)